THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUGO LaROSA, Appellant. [11 NYS3d 874]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Kahn, J.), imposed July 10, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Sgroi and Maltese, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK PRIESTER, Appellant. [11 NYS3d 876]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Forman, J.), imposed June 4, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Austin, Cohen and Barros, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN ROSAS, Appellant. [11 NYS3d 872]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Chun, J.), imposed March 18, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Hall, Hinds-Radix and Barros, JJ., concur.